

# Fourth Court of Appeals
## San Antonio, Texas

November 30, 2018

No. 04-18-00914-CV

**In re Allison NAIL A/K/A Allie Nail**

Original Mandamus Proceeding[1]

**ORDER**

Sitting:    Patricia O. Alvarez, Justice
            Luz Elena D. Chapa, Justice
            Irene Rios, Justice

Relator's Emergency Motion for Temporary Relief Pending Decision on Petition for Writ of Mandamus is GRANTED. All discovery proceedings in the trial court, including the November 30, 2018 deposition of Relator, are STAYED pending resolution of this mandamus proceeding or until further order of this court. *See* TEX. R. APP. P. 52.10(b). We take no action on Relator's Petition for Writ of Mandamus at this time.

It is so **ORDERED** on November 30, 2018.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 30th day of November, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court

---

[1] This proceeding arises out of Cause No. 2018CI16905, styled *Nicholas Ortega and Demi Ortega f/k/a Demi Myler v. Allison Nail a/k/a Allie Nail*, pending in the 408th Judicial District Court, Bexar County, Texas, the Honorable Michael E. Mery presiding.